NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**AUTOMATION MIDDLEWARE SOLUTIONS, INC.,**
*Plaintiff-Appellant*

**v.**

**INVENSYS SYSTEMS, INC., SCHNEIDER ELECTRIC USA, INC., ROCKWELL AUTOMATION, INC., ROCKWELL AUTOMATION TECHNOLOGIES, INC.,**
*Defendants-Appellees*

**EMERSON PROCESS MANAGEMENT LLLP, FISHER-ROSEMOUNT SYSTEMS, INC., EMERSON INDUSTRIAL AUTOMATION USA INC., ROSEMOUNT INC., EMERSON PROCESS MANAGEMENT POWER & WATER SOLUTIONS, INC., EMERSON INDUSTRIAL AUTOMATION USA LLC,**
*Defendants-Cross-Appellants*

---

2017-2187, 2017-2189, 2017-2190, 2017-2222

---

Appeals from the United States District Court for the Eastern District of Texas in Nos. 2:15-cv-00898-RWS, 2:15-cv-01266-RWS, 2:15-cv-01269-RWS, Judge Robert Schroeder, III.

---

# JUDGMENT

———————————

MATTHEW D. POWERS, Tensegrity Law Group, LLP, Redwood City, CA, argued for plaintiff-appellant. Also represented by WILLIAM P. NELSON; MONTE BOND, PATRICKJ CONROY, JAMES PERKINS, TERRY SAAD, Bragalone Conroy PC, Dallas, TX.

RUDOLPH A. TELSCHER, JR., Husch Blackwell LLP, St. Louis, MO, argued for defendants-cross-appellants. Also represented by KARA RENEE FUSSNER, STEVEN E. HOLTSHOUSER.

TERRENCE J. TRUAX, Jenner & Block LLP, Chicago, IL, for defendants-appellees Invensys Systems, Inc., Schneider Electric USA, Inc. Also represented by REGINALD J. HILL; NICK G. SAROS, Los Angeles, CA; ADAM G. UNIKOWSKY, Washington, DC.

CYNTHIA RIGSBY, Foley & Lardner LLP, Milwaukee, WI, for defendants-appellees Rockwell Automation, Inc., Rockwell Automation Technologies, Inc. Also represented by KEVIN J. MALANEY, MICHELLE A. MORAN, MATTHEW WAYNE PETERS.

———————————

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (NEWMAN, WALLACH, and HUGHES, *Circuit Judges*).

## AFFIRMED. See Fed. Cir. R. 36.

ENTERED BY ORDER OF THE COURT

September 17, 2018      /s/ Peter R. Marksteiner
      Date               Peter R. Marksteiner
                           Clerk of Court